UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Cause No. | 1:18-cr-00132-JMS-TAB |
| | ) | | |
| JOHN REED, | ) | | - 01 |
| | ) | | |
| Defendant. | ) | | |

## REPORT AND RECOMMENDATION

On August 5, 2026, the Parties appeared for a hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on July 23, 2026.  Defendant appeared in person and by Federal Community Defender counsel Omar Ghani.  Government represented by Assistant United States Attorney Samantha Spiro.  U.S. Probation Office represented by Officer Martin Burtt.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.     The Court advised Defendant Reed of his rights and ensured that he had a copy of the Petition.  Defendant Reed waived his right to a preliminary hearing.

2.     After being placed under oath, Defendant Reed admitted violation numbers 1 and 2.

3.     The allegations to which Defendant admitted, as fully set forth in the Petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid** |

**prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."**

As previously reported to the Court, Mr. Reed submitted positive drug screens on July 23, August 28, and August 31, 2024, April 7, April 16, and September 16, 2025, and February 27, March 4, and April 24, 2026. In each instance, Mr. Reed admitted to illegal drug use (marijuana, fentanyl, and/or cocaine).

Additionally, Mr. Reed tested positive for cocaine on July 8, 2026. When questioned, Mr. Reed reported that he "blacked out" due to alcohol consumption while celebrating the 4th of July and believed he used cocaine during that time. The sample was sent for confirmation and confirmed positive for Benzoylecgonine (cocaine metabolite).

2   **"You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods."**

Mr. Reed failed to report as directed for drug screening on September 15, 2025, July 6, 2026, and July 7, 2026.

4.   The Parties stipulated that:

(a)   The highest grade of violation is a Grade B violation.

(b)   Defendant's criminal history category is V.

(c)   The range of imprisonment applicable upon revocation of supervised release, therefore, is 18 to 24 months of imprisonment.

5.   Counsel for the Parties jointly recommended a sentence of 18 months in custody with no supervised release to follow.  Counsel for the Defendant requested placement as close to Indiana as possible to maintain familial relationships as well as access for Defendant to participate in mental health and/or substance abuse treatment programs available at the assigned facility.

6.   The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a) to the extent deemed appropriate by 18 U.S.C. § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions as admitted in the Petition, that his supervised release

should be revoked, and that he should be sentenced to the custody of the Attorney General or designee for a period of 18 months with no supervised release to follow.  The Magistrate Judge will make a recommendation of placement as close to Indiana as possible, as well as participation in mental health and substance abuse treatment programs available at the assigned facility.

7.    Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.  The Parties are hereby notified that the District Judge may reconsider any matter referred to a Magistrate Judge.  The Parties waived the fourteen-day period to object to the Report and Recommendation.

**SO RECOMMENDED.**

Date: 8/10/2026

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system